AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

HAGGEN, INC.,

                          Plaintiff,

                    v.

WENATCHEE PROPERTIES, LLC., et al.,

                        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-346-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $77,882.50 in attorneys' fees and $350.00 in costs, both with interest at the rate allowed under 28 USC § 1961, to run from the date of judgment until paid in full. Costs shall be taxed in accordance with Local Rule 54.1

October 19, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson